PROB 12C
(6/16)

Report Date: June 19, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Shawn P. Sather | Case Number: | 0980 2:11CR00003-LRS-1 |
| Address of Offender: | | | , Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 6, 2012

| | |
|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) |
| Original Sentence: | Prison - 120 months<br>TSR - life |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: Life |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #20**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.<br><br>**Supporting Evidence**: Shawn Sather is alleged to have had unauthorized contact with minor children from June 5 to 7, 2020, which he failed to report.<br><br>On July 22, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Sather, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On June 9, 2020, this officer was contacted by a deputy with the Lincoln County Sheriff's Office. The deputy advised he had been contacted by a concerned parent who reported that the offender had been camping with their group of friends, which included five children (ages 18 months, 4, 12, 15 and 17 years old), at the Two Rivers Resort during the previous weekend.<br><br>The offender had not requested, nor received, authorization to have contact with any child. Mr. Sather also failed to immediately report unauthorized contact with children, as required. |

Prob12C

**Re: Sather, Shawn P.**
**June 19, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/19/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

June 19, 2020

Date