PROB 12C
(6/16)

Report Date: August 14, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shawn P. Sather | Case Number: 0980 2:11CR00003-RLP-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: June 6, 2012

| | |
|---|---|
| Original Offense: | Count 5: Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Count 6: Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B); |
| Original Sentence: | Prison - 120 months<br>TSR - Life |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 23, 2020) | Prison- 4 months<br>TSR- Life |
| Revocation Sentence:<br>(February 10, 2025) | Prison- 6 months<br>TSR: Life |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: July 25, 2025 |
| Defense Attorney: | Ryan Mark Farrell |
| | Date Supervision Expires: |

## PETITIONING THE COURT

To issue a warrant.

On July 29, 2025, an officer with the United States Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Sather as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256). |
| | **Supporting Evidence**: On or about August 10, 2025, Shawn Sather allegedly violated the above stated condition, by searching the internet for both adult and child pornography. |

On August 10, 2025, this officer received notification from Accountable2You (A2Y) that there was questionable Internet activity detected. According to the questionable activity report, at approximately 6:37 a.m. on August 10, 2025, Mr. Sather had viewed images to include: Amateur cumshot deepthroat doggystyle model natural tits onlyfans spanking teen Ukrainian porn GIF by drfunkenfootz_md.

On August 13, 2025, the offender reported to the U.S. Probation Office (USPO) to meet with the assigned probation officer as instructed. When confronted by the report from A2Y, Mr. Sather initially denied viewing any pornographic material.

Due to the questionable activity that was detected, the offender was then asked if he would consent to a search of his cell phone. He consented and signed a consent form as confirmation. Prior to the search being conducted, this officer asked Mr. Sather if there was anything that the undersigned would find that would violate his conditions of supervision. He stated "I don't think so."

The undersigned and an additional probation officer conducted a search of Mr. Sather's cell phone. The undersigned noticed that there was approximately 94 hours and 22 minutes of time spent over the prior 10 days deleting apps. When Mr. Sather was questioned what he had been deleting he stated "just old apps that I no longer needed." Since it appeared that the activity that had been detected on A2Y was deleted, the undersigned advised that the cell phone would be confiscated and sent for a forensic search. At that time, the undersigned asked Mr. Sather if there was anything on that phone that placed him in violation of his conditions of supervision, specifically any explicit material such as child or adult pornography. "If I tell you, will you still take my phone and send it in?" After Mr. Sather was advised that his phone was being sent for further investigation since it appeared material had been deleted and typically material can still be retrieved even when it is deleted, Mr. Sather started admitting that he had violated the conditions of his probation.

Mr. Sather advised that he was in the process of deleting all the porn groups he belonged to and he might of accidently clicked on one that would have alerted the Accountable2You. "The groups I could have been part of were anything dealing with teen, anal, gay, tans, and other taboo groups." Mr. Sather admitted that he had been viewing both child and adult pornography for hours daily. He admitted that he had been on a website called Telegram, a known site for explicit material, receiving and sharing child pornography with other individuals. He admitted that he would save the child and adult pornography to his telegram account and his cell phone. He admitted that he deleted the telegram app on either August 10 or 11, 2025. "I couldn't control my urges and needs. I have been doing it the entire time I have been on supervision." Mr. Sather wrote a statement of these admissions and signed and dated it.

Mr. Sather's phone has been seized and is being sent for further forensic analysis. If any other violation behavior is discovered, the court will be notified.

2   **Special Condition #13**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to

Prob12C
Re: Sather, Shawn P.
August 14, 2025
Page 3

monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.

**Supporting Evidence**:

On or about August 10, 2025, Shawn Sather allegedly violated the above-stated condition, by searching the Internet for both adult and child pornography.

On August 10, 2025, this officer received notification from Accountable2You (A2Y) that there was questionable Internet activity detected. According to the questionable activity report, at approximately 6:37 a.m. on August 10, 2025, Mr. Sather had viewed images to include: Amateur cumshot deepthroat doggystyle model natural tits onlyfans spanking teen Ukrainian porn GIF by drfunkenfootz_md.

On August 13, 2025, the offender reported to the U.S. Probation Office (USPO) to meet with the assigned probation officer as instructed. When confronted by the report from A2Y, Mr. Sather initially denied viewing any pornographic material.

Due to the questionable activity that was detected, the offender was then asked if he would consent to a search of his cell phone. He consented and signed a consent form as confirmation. Prior to the search being conducted, this officer asked Mr. Sather if there was anything that the undersigned would find that would violate his conditions of supervision. He stated "I don't think so."

The undersigned and an additional probation officer conducted a search of Mr. Sather's cell phone. The undersigned noticed that there was approximately 94 hours and 22 minutes of time spent over the prior 10 days deleting apps. When Mr. Sather was questioned what he had been deleting he stated "just old apps that I no longer needed." Since it appeared that the activity that had been detected on A2Y was deleted, the undersigned advised that the cell phone would be confiscated and sent for a forensic search. At that time, the undersigned asked Mr. Sather if there was anything on that phone that placed him in violation of his conditions of supervision, specifically any explicit material such as child or adult pornography. "If I tell you, will you still take my phone and send it in?" After Mr. Sather was advised that his phone was being sent for further investigation since it appeared material had been deleted and typically material can still be retrieved even when it is deleted, Mr. Sather started admitting that he had violated the conditions of his probation.

Mr. Sather advised that he was in the process of deleting all the porn groups he belonged to and he might of accidently clicked on one that would have alerted the Accountable2You. "The groups I could have been part of were anything dealing with teen, anal, gay, tans, and other taboo groups." Mr. Sather admitted that he had been viewing both child and adult pornography for hours daily. He admitted that he had been on a website called Telegram, a known site for explicit material, receiving and sharing child pornography with other individuals. He admitted that he would save the child and adult pornography to his telegram account and his cell phone. He admitted that he deleted the telegram app on either August 10 or 11, 2025. "I couldn't control my urges and needs. I have been doing it the entire time I have been on supervision." Mr. Sather wrote a statement of these admissions and signed and dated it.

Mr. Sather's phone has been seized and is being sent for further forensic analysis. If any other violation behavior is discovered, the Court will be notified.

Prob12C
Re: Sather, Shawn P.
August 14, 2025
Page 4

  3  **Special Condition #1:** You must not access the Internet except for reasons approved in advance by the probation officer.

    **Supporting Evidence:** On or about August 10, 2025, Shawn Sather allegedly violated the above-stated condition, by searching the Internet for adult and child pornography.

    On August 10, 2025, Mr. Sather never requested permission nor did he receive permission to view any site that contains pornographic material.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/14/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

M.K. Dimke

Signature of Judicial Officer

August 15, 2025
Date