PROB 12C
(6/16)

Report Date: October 10, 2025

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Shawn P. Sather | Case Number: 0980 2:11CR00003-RLP-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: June 6, 2012

| | | |
|---|---|---|
| Original Offense: | Count 5: Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Count 6: Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B); | |
| Original Sentence: | Prison - 120 months<br>TSR - Life | Type of Supervision: Probation |
| Revocation Sentence: (July 23, 2020) | Prison - 4 months<br>TSR - Life | |
| Revocation Sentence: (February 10, 2025) | Prison - 6 months<br>TSR: Life | |
| Asst. U.S. Attorney: | Rebecca R. Perez | Date Supervision Commenced: July 25, 2025 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 15, 2025.

On July 29, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Shawn Sather as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged Shawn Sather violated the conditions of his supervised release by being indicted in the Eastern District of Washington, 2:25CR00146-RLP-1. On October 9, 2025, an indictment was filed alleging count 1: Attempted Receipt of Child |

Prob12C
Re: Sather, Shawn P.
October 10, 2025
Page 2

Pornography, in violation of 18 U.S.C. § 2252 A(a)(2), (b)(1); count 2: Receipt of Obscene Visual Representation of the Sexual Abuse of Children, in violation 18 U.S.C. § 1466A (a)(1); and count 3: Commission of a Felony Sex Offense by an Individual Required to Register as a Sex Offender, in violation of 18 U.S.C. § 2260A.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/10/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/10/2025
Date